| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 23-12050-E State of Georgia v. Eric Heinze, et al "Record/Documents Requested from District Court" (1:22-cr-00388-VMC-1) |
| **Date:** | Thursday, August 24, 2023 2:46:35 PM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 08/24/2023

**Case Name:**     State of Georgia v. Eric Heinze, et al
**Case Number:**   23-12050

### Docket Text:
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: Audio/Video Exhibit(s): Notice of Manual Filing- USB w/DE 79. Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

### Notice will be electronically mailed to:

Clerk - Northern District of Georgia, Clerk of Court